UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Ferzula Elmazi

       Plaintiff(s),            CASE NO.   19-12244

      v.                               JUDGE      Robert H Cleland

TDK Corporation et al

       Defendant(s).

_____

## NOTICE OF MULTI DISTRICT LITIGATION TRANSFER

TO:    U.S. District Court
         Northern District of California

The above entitled case has been transferred to your Court pursuant to a CONDITIONAL TRANSFER ORDER in Multi District Litigation 2918.

## NOTICE TO LITIGANTS

Please take notice that the above case has been transferred to the above named Court for inclusion in MULTI DISTRICT LITIGATION 2918. Please file all future documents with the court listed above.

                                    DAVID J. WEAVER, CLERK OF COURT

Date: October 11, 2019            By      s/Sarah Schoenherr
                                                   Deputy Clerk

## CERTIFICATION

I hereby certify that this Notice was served on the parties and/or counsel of record.

                                    DAVID J. WEAVER, CLERK OF COURT

Date: October 11, 2019            By      s/Sarah Schoenherr
                                                   Deputy Clerk